# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOESING-SCHULZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:19-cv-01450-SAB<br><br>ORDER REQUIRING DEFENDANT SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DEEMED UNOPPOSED<br><br>FIVE-DAY DEADLINE |

Plaintiff Laura Hoesing-Schulz filed this action seeking judicial review of the denial of benefits by the Commissioner of Social Security on October 14, 2019.  (ECF No. 1.)  On October 17, 2020, the scheduling order issued.  (ECF No. 6.)  Pursuant to the scheduling order, the Commissioner's responsive brief was to be filed within thirty days after service of Plaintiff's opening brief.  (Id. at ¶ 7.)

Plaintiff filed her opening brief on May 22, 2020.  (ECF No. 13.)  Defendant's responsive brief was due within thirty days, more than thirty days have passed, and neither an opposition brief nor a stipulation for an extension of time to oppose Plaintiff's opening brief has been filed.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of service of this order, Defendant shall show cause in writing why Plaintiff's opening brief should not be deemed unopposed.

IT IS SO ORDERED.

Dated: __**June 23, 2020**__

UNITED STATES MAGISTRATE JUDGE