# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOESING-SCHULZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01450-SAB<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DEEMED UPOPPOSED<br><br>(ECF No. 13, 15) |

Laura Hoesing-Schulz ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff filed her opening brief on May 22, 2020. Pursuant to the scheduling order, Defendant's opposition was due within thirty days. On June 23, 2020, an order issued requiring Defendant to show cause why this action should not be deemed unopposed as no opposition had been filed. On June 24, 2020, a response to the order to show cause and an opposition were filed.

Accordingly, the June 23, 2020 order requiring Defendant to show cause why this action should not be deemed unopposed is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**June 25, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE