# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOESING-SCHULZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01450-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSTION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>FOURTEEN-DAY DEADLINE |

On October 28, 2020, an order issued granting Plaintiff Laura Hoesing-Schulz's Social Security appeal and remanding the matter for further administrative proceedings and judgment was entered in favor of Plaintiff. (ECF Nos. 20, 21.) On January 19, 2021, Plaintiff filed a motion for attorney fees. (ECF No. 22.)

The Local Rules of the Eastern District of California provide that a party having no opposition to the granting of a motion shall file a statement of non-opposition. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion for attorney fees or a statement of non-opposition. If there is no opposition, the parties may stipulate to the award of attorney fees.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for attorney fees within

1  fourteen (14) days of the date of entry of this order.

3  IT IS SO ORDERED.

4  Dated:   **January 20, 2021**

UNITED STATES MAGISTRATE JUDGE