# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LAURA HOESING-SCHULZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01450-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 24)<br><br>DEADLINE: FEBRUARY 17, 2021 |

　　　　On January 19, 2021, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  (ECF No. 22.)  On January 20, 2021, an order was filed requiring the Commissioner of Social Security to file an opposition or statement of opposition within fourteen days.  (ECF No. 23.)  On February 3, 2021, the parties filed a stipulation to extend the time for the Commissioner to respond to the motion while they engaged in settlement negotiations.

　　　　Finding good cause, IT IS HEREBY ORDERED that the Commissioner shall file an opposition or statement of opposition to Plaintiff's motion for attorney fees on or before **February 17, 2021**.

IT IS SO ORDERED.

Dated:　__**February 3, 2021**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1