z

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HOESING-SCHULZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:19-cv-01450-SAB<br><br>ORDER ENTERING STIPULATION FOR AWARD OF ATTORNEYS' FEES AND DENYING MOTION FOR ATTORNEYS' FEES AS MOOT<br><br>(ECF Nos. 22, 26) |

On October 28, 2020, an order issued granting Plaintiff Laura Hoesing-Schulz's Social Security appeal, remanding the matter for further administrative proceedings, and entering judgment in favor of Plaintiff.  (ECF Nos. 20, 21.)  On January 19, 2021, Plaintiff filed a motion for attorney fees.  (ECF No. 22.)  On January 20, 2021, the Court ordered Defendant to file an opposition or statement of non-opposition to the motion within fourteen (14) days.  (ECF No. 23.)  On February 3, 2021, the Court entered the parties' stipulation to extend the time for Defendant to file an opposition until February 17, 2021.  (ECF No. 25.)  On February 9, 2021, the parties filed a stipulation for the award and payment of attorneys' fees and expenses in the amount of $7,598.74, pursuant to the Equal Access to Justice Act.  (ECF No. 26.)

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to and subject to the terms of the stipulation of the parties, Plaintiff is awarded attorneys' fees as authorized by the EAJA in the amount of $7,598.74; and

2. The motion for attorneys' fees (ECF No. 22) is DENIED as moot.

IT IS SO ORDERED.

Dated: __**February 10, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE